issues presented by relator in its Petition for Writ of Prohibition involve critically important matters of public interest. The delicacy of balancing constitutional protections afforded the accused against an individual's right to privacy and protection of privileged information concerning psychiatric treatment and counseling must be addressed by this Court."

■ Burrell has complied with the order of respondent. It has no direct interest in the proceeding. The consent executed by H.R. is not in the record before this court. Neither party has adequately briefed the issue of whether or not H.R. has waived the confidentiality of the records in question by the execution of that consent. Neither party has briefed the issue of "balancing" presented by Burrell. For those reasons and others, the record before this court is not an adequate basis to identify and resolve the issues inherent in the discovery of the records in question. The preliminary order in prohibition is quashed and the proceeding dismissed.

FLANIGAN, C.J., and SHRUM, P.J., concur.

Thomas B. Burkemper, Troy, for appellants.

David Wayne Suddarth, Troy, for respondents.

## ORDER

PER CURIAM.

Appellants, Elmer and Rosalie Hoff, appeal an order of the Circuit Court of Lincoln County striking appellants' answer and counterclaim and entering a judgment of liability in favor of respondents, Clifford and Patty Tucker, as a sanction for appellants' continued failure to submit to depositions in this unlawful detainer action. We affirm.

We find the decision of the trial court to be supported by substantial evidence and no error of law appears. As we also find no precedential purpose would be served by a full opinion, we affirm the order of the circuit court pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

**Elmer HOFF and Rosalie Hoff, Appellants,**

v.

**Clifford P. TUCKER and Patty A. Tucker, Respondents.**

**No. 60622.**

Missouri Court of Appeals, Eastern District, Division One.

April 7, 1992.

**Gary F. EDWARDS, D.C., Appellant,**

v.

**Karyl Belenda HARVES, Respondent.**

**No. WD 45158.**

Missouri Court of Appeals, Western District.

April 21, 1992.

Richard J. Koury, II, Independence, for appellant.